UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No.   CR07-5588 FDB |
| v. | FINAL ORDER OF FORFEITURE |
| FRED DONALD MANNING, | |
| Defendant. | |

THIS MATTER comes before the Court on motion of the United States for entry of a Final Order of Forfeiture with respect to the properties listed below:

(a) One (1) QSE1 iMac personal computer, Serial Number W86377DCVGN;
(b) One (1) Seagate Hard Drive, Serial Number ST3250824AS; and
(c) Any and all visual images of minor children engaged in sexually explicit conduct.

On February 8, 2008, this Court entered a Preliminary Order of Forfeiture in the above-captioned case forfeiting defendant Fred Donald Manning's interest in the above-described property.

The above-described property is subject to forfeiture because it was used or intended to be used to commit or to promote the commission of Shipment of Child Pornography, as charged in Count One of the Superseding Information, in violation of Title 18, United States Code, Sections 2252A(a)(1), (b)(1), and 2256, to which the defendant has pleaded guilty. The defendant has agreed to forfeiture of the above-referenced property. The property listed in paragraph (c) above is subject to forfeiture

because it constitutes the visual depictions themselves.  The depictions and images listed in paragraph (c) shall be destroyed or retained for official (investigative) use by the Attorney General pursuant to Title 21, United States Code, Sections 853(i) and 881(e).

Pursuant to Title 21, United States Code, Section 853(n), the United States published notice in <u>The Daily Journal of Commerce</u> on March 12, March 19, and March 26, 2008. In the publication the United States published notice of the Preliminary Order of Forfeiture and the intent of the United States to dispose of the property in accordance with law. This notice further stated that any person, other than the defendant, having or claiming a legal interest in the above-described property was required to file a petition with the Court within thirty (30) days of the final publication of notice or personal receipt of notice, whichever is earlier, setting forth the nature of the petitioner's right, title, and interest in the property.

All persons and entities believed to have an interest in the property subject to forfeiture were given proper notice of the intended forfeiture. No petitioners or claimants have come forth to assert an interest in any of the forfeited property and the time for doing so has expired. Accordingly,

IT IS ORDERED, ADJUDGED and DECREED that the following property is hereby fully and finally condemned and forfeited to the United States in its entirety:

(a) One (1) QSE1 iMac personal computer, Serial Number W86377DCVGN;
(b) One (1) Seagate Hard Drive, Serial Number ST3250824AS; and
(c) Any and all visual images of minor children engaged in sexually explicit conduct.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that no right, title, or interest to the above-described property shall exist in any other party.  The United States Marshals Service is authorized to dispose of the above-described property in accordance with law.

\\
\\
\\

FINAL ORDER OF FORFEITURE - 2
United States v. Fred Donald Manning (No. CR07-5588)

The Clerk of the Court is hereby directed to send a copy of this Final Order of Forfeiture to all counsel of record and send three (3) "raised seal" certified copies to the United States Marshals Service in Seattle, Washington.

DATED this 9th day of May, 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

RICHARD E. COHEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-4665
FAX: 206-553-6934
Richard.E.Cohen@usdoj.gov